UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – LONDON

| UNITED STATES OF AMERICA, | CRIMINAL NO. 6:10-53-4 KKC |
|---|---|
| Plaintiff, | |
| V. | **ORDER** |
| BILL HARRIS, | |
| Defendant. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 287). The defendant has filed a response stating he does not object to the recommendation and he has also waived his right to appear before the district judge and to make a statement and present mitigating information (DE 288, 288-1).

Accordingly, the Court hereby ORDERS that the recommended disposition is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated July 10, 2019



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY